# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE L. SEAVER, as Heir of Teresa L. Seaver, Deceased and Special Administrator of the ESTATE OF TERESA L. SEAVER, | Case No.: 3:23-cv-00411-LRH-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 16 |
| DOLLAR TREE STORES, INC., a Foreign Corporation; and DOES I-X, inclusive, | |
| Defendants | |

The parties' stipulation to allow defendant Dollar Tree Stores, Inc., to file an amended answer that includes a third party complaint consistent with Exhibit A attached to the stipulation (ECF No. 16) is hereby **APPROVED**. Counsel shall file the amended answer within **7 days** of the date of this Order.

**IT IS SO ORDERED**.

Dated: January 11, 2024

_____

Craig S. Denney
United States Magistrate Judge