**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
*Attorneys for Defendant*
*DOLLAR TREE STORES, INC.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE L. SEAVER, as Heir of Teresa L. Seaver, Deceased and Special Administrator of the ESTATE OF TERESA L. SEAVER,<br><br>    Plaintiff,<br>vs.<br><br>DOLLAR TREE STORES, INC., a Foreign Corporation; and DOES I-X, inclusive,<br><br>    Defendants. | CASE NO.: 3:23-cv-00411-MMD-CSD<br><br>ORDER GRANTING<br><br>**MOTION FOR REMOVAL FROM**<br><br>**CM/ECF SERVICE LIST** |
| DOLLAR TREE STORES, INC., a Foreign Corporation,<br><br>    Third Party Plaintiff,<br>vs.<br><br>RCG-SPARKS, LLC, a Foreign limited liability company; and DOES I-X, inclusive,<br><br>    Third Party Defendant. | |

**MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST**

Jarod B. Penniman, Esq., of the law firm Hall & Evans, LLC (the "firm"), as former counsel for DOLLAR TREE STORES, INC, (the "Party"), hereby submits Motion for Order Granting Request for Removal from CM/ECF Service List as to Jarod B. Penniman, Esq. (the "Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Jarod B. Penniman, Esq. is no longer involved in this matter. ECF notice to Jarod B. Penniman, Esq., are no longer required; therefore, the Firm hereby submits this Motion for Order Granting Request for Removal from CM/ECF Service List as to Jarod B. Penniman, Esq.

DATED this 10th day of July, 2024.

HALL & EVANS, LLC

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorney for Defendants/Third-Party Plaintiff DOLLAR TREE STORES, INC.*

**ORDER**

IT IS SO ORDERED.
DATED: July 11, 2024.

_____
UNITED STATES MAGISTRATE JUDGE